IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DEBORAH LAUFER, Individually,     Case No.: 1:20-cv-04259

      Plaintiff,

v.

OM SHIVAYA LLC, a Domestic Limited Liability Corporation,

      Defendant.

_____

### NOTICE OF SETTLEMENT OF CLAIM

Plaintiff, Patricia Kennedy, by and through undersigned counsel, respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant to resolve the claims against Defendant.

2. The parties are have finalized a confidential settlement agreement and a Notice of Dismissal was filed.

FOR THE PLAINTIFF:

/s/ *Amale Knox*
Amale Knox, Of Counsel
Thomas B. Bacon, P.A.
330 Harrison St.
Pontiac, MI 48341
amale.knox.esq@gmail.com
Illinois Bar. Id. No. 6308622
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that October 5, 2020, I filed the foregoing using the Clerk of Court's CM/ECF efiling system, which will serve all counsel of record electronically.

/s/  *Amale Knox*
Attorney